AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Capitol Records, LLC <br><br> *Plaintiff* <br> v. <br> ReDigi Inc. <br><br> *Defendant* | ) <br> ) <br> ) Civil Action No. **12 CIV 0095** <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

**JUDGE SULLIVAN**

To: *(Defendant's name and address)* ReDigi Inc.
Cambridge Innovation Ctr., 14th Floor
1 Broadway
Cambridge, MA 02142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: JAN 0 6 2012     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 12-CIV-0095

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __ReDigi Inc.__

was received by me on *(date)* __01/06/2012__.

☑ I personally served the summons on the individual at *(place)* __John Ossenmacher, President, Cambridge Innovation Ctr., 14th fl., 1 Broadway, Cambridge, MA 02142__ on *(date)* __01/06/2012__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __01/07/2012__

*Server's signature*

__Cynthia Paris, Process Server__
*Printed name and title*

135 Vinal Street
Revere, MA 02151
*Server's address*

Additional information regarding attempted service, etc: