UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CAPITOL RECORDS, LLC,

        Plaintiff,                Civil Action File No.
                                                           12 Civ 0095 RJS/AJP

       -against-

REDIGI INC.,

        Defendant.

-----------------------------------------------------------------x       **NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that RAY BECKERMAN hereby appears in this action on behalf of Defendant.

Dated: New York, New York
       January 6, 2012

                          **RAY BECKERMAN, P.C.**

                          /s/
                       By:_____
                       Ray Beckerman
                       Attorneys for Defendant
                       108-18 Queens Blvd. 4th Fl.
                       Forest Hills, NY 11375
                       (718) 544-3434