UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CAPITOL RECORDS, LLC,

                Plaintiff,                      Civil Action File No.
                                                              12 Civ 0095 RJS/AJP

            -against-

REDIGI INC.,

                Defendant.

-----------------------------------------------------------------x    **NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that Morlan Ty Rogers hereby appears in this action on behalf of Defendant.

Dated: New York, New York
       January 10, 2012

                          **RAY BECKERMAN, P.C.**

                              /s/
                        By:_____
                        Morlan Ty Rogers (MR 3818)
                        Attorneys for Defendant
                        108-18 Queens Blvd. 4th Fl.
                        Forest Hills, NY 11375
                        (718) 544-3434