UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS, LLC,

                Plaintiff,

-v-

REDIGI INC.,

                Defendant.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

No. 12 Civ. 95 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendant, dated January 19, 2012, requesting a pre-motion conference for its contemplated motion for summary judgment. In accordance with my Individual Practices, IT IS HEREBY ORDERED that Plaintiff submit a response to Defendant's pre-motion letter no later than January 24, 2012.

The Court also received a submission from Plaintiff on January 20, 2012, requesting a preliminary injunction to prevent Defendant from alleged infringement of Capitol's copyrighted sound recordings and album artwork. After conferring with the parties, the Court HEREBY ORDERS that Defendant shall submit a response to Plaintiff's request no later than 4:00 p.m. on Friday, January 27, 2012. Plaintiff's reply, if any, shall be submitted no later than 4:00 p.m. on Wednesday, February 1, 2012. The parties shall appear for a hearing on Plaintiff's request on Monday, February 6, 2012. At the hearing, the Court will also address Defendant's contemplated motion for summary judgment.

SO ORDERED.

Dated:     January 20, 2012
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE