# EXHIBIT A

Jennifer L. Pariser, Esq.
Senior Vice President, Litigation
Recording Industry Association of America
1025 F Street NW, 10th Floor
Washington, DC 20004

          Re:    ReDigi, Inc.

Dear Ms. Pariser:

        Thank you for your November 10, 2011 letter to ReDigi, Inc. concerning its website and related application software. As you know, ReDigi is currently engaged in negotiations regarding business opportunities and licensing with the labels and desires to reach agreements soon. What you may not be aware of is that from day one, ReDigi has included the labels in the process of this product, as a matter of fact many of the features currently in place were those suggested by the labels themselves, including the new music offering and the source of licensing for the sample clips that ReDigi is using. It is our strong desire to pursue the creation of a win-win marketplace for all, including the consumer, the label, and the artist. We believe this to be possible.

        ReDigi makes every effort to ensure that its business and its technology foster compliance with copyright law, and further, promote the best interests of RIAA's members and the artists they represent. It is also important to note that ReDigi's business model has included both the Label and Artist in an ongoing revenue stream from the resale of their works, a significant opportunity never before structured into any other secondary market, and which we believe will bring a substantial new, additive, not cannibalistic, source of revenue to them both.

        ReDigi really does care, as you must be aware, ReDigi is the only known cloud storage service that actually implements a rigorous and proprietary copyright/user verification procedure prior to allowing a user's tracks to be stored in his or her personal storage lockers, thereby preventing infringing tracks from being easily accessed and shared. The ReDigi service provides many benefits to the Labels and users through the identification of "unverified" files and a place for users to transfer files they may not currently be using from their personal computer to their personal storage lockers, and to store them safely in the cloud. Reselling files is just one of the user's options, and if the user elects to do so, it is done under the stringent controls ReDigi has put in place.

        These are not the acts of a company that takes your concerns or those of RIAA members lightly; quite the contrary. As has been our path before receiving your letter on November 14th, we will continue to work in good faith with all participants to address any issues posed by ReDigi's new model and technology, in a space that needs a solution.

        Please feel free to contact me if you have any questions.

                                                                 Respectfully yours,

                                                                John Ossenmacher
                                                                 CEO, ReDigi Inc.