UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS, LLC,

                Plaintiff,

-v-

REDIGI INC.,

                Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-11

No. 12 Civ. 95 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

    The Court is in receipt of a letter from counsel for non-party Google Inc. dated February 1, 2012, which seeks leave to file an *amicus curiae* brief "in order to highlight the importance of the copyright law questions Plaintiff's pending preliminary injunction motion raises." Because the Court believes that the parties are fully capable of raising these issues themselves – and have every incentive to do just that – Google Inc.'s request is HEREBY DENIED.

SO ORDERED.

Dated:    February 1, 2012
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE