UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS, LLC,

                Plaintiff,

-v-

REDIGI INC.,

                Defendant.

No. 12 Civ. 95 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons stated on the record at today's conference, Plaintiff's motion for a preliminary injunction is HEREBY DENIED.

As directed by the Court at today's conference, IT IS HEREBY ORDERED THAT, by Monday, February 20, 2012 at 4:00 p.m., the parties shall submit a proposed case management plan and scheduling to my chambers at the following email address: sullivannysdchambers@nysd.uscourts.gov. A template for the order is available at http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=347.

SO ORDERED.

Dated:      February 6, 2012
              New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE