UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-12
```

CAPITOL RECORDS, LLC,

                Plaintiff,

-v-

REDIGI INC.,

                Defendant.

No. 12 Civ. 95 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendant dated February 11, 2012, informing the Court that Rdio, Inc., has terminated Defendant's access to its site and requesting a pre-motion conference in connection with Defendant's contemplated motion for a temporary restraining order and preliminary injunction "towards reinstatement of the Rdio licenses, and for leave to amend the answer to include counterclaim(s)." Defendant's letter – which is barely four sentences long – offers no legal theory or authority whatsoever as a basis for this Court to enjoin a third party from terminating its contractual relationship with Defendant. Accordingly, absent a further submission setting forth the legal bases for its contemplated motion, Defendant's request for a pre-motion conference is HEREBY DENIED.

SO ORDERED.

Dated:      February 13, 2012
               New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE