UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-12
```

CAPITOL RECORDS LLC,

                        Plaintiff,

-v-

REDIGI INC.,

                        Defendant.

No. 12 Civ. 95 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a joint letter from the parties, dated June 1, 2013, requesting the Court's assistance in resolving certain discovery disputes. IT IS HEREBY ORDERED THAT:

- With regard to the first dispute, ReDigi need not produce documents disclosing the identities of shareholders and/or investors;

- With regard to the second dispute, ReDigi shall comply with Capitol's Request No. 13;

- With regard to the third dispute, ReDigi shall comply with Capitol's Request No. 24 and 25;

- With regard to the fourth dispute, Capitol need not produce documents relating to Capitol's agreement with Amazon.com.

SO ORDERED.

Dated:      June 13, 2012
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE