Gary P. Adelman, Esq.
MEISTER SEELIG & FEIN LLP
*Attorneys for ReDigi Inc.*
Two Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
(212) 655-3580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CAPITOL RECORDS, LLC,

                                                            Index No.: 12CV0095
                                                            (RJS)

                    Plaintiff,

                  - against -

REDIGI INC.,

                    Defendants.
-----------------------------------------------------------X

## NOTICE OF MOTION FOR RECONSIDERATION AND REARGUMENT

    PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law dated June 27, 2012, Defendant ReDigi Inc., will move this Court before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, for reconsideration and reargument of the Court's June 13, 2012 order, specifically the Court's order compelling ReDigi to comply with Capitol's Request No. 13.

    PLEASE TAKE FURTHER NOTICE that ReDigi respectfully requests that the Court hear oral arguments in connection with this Motion on a date and at a time designated by the Court.

Dated: New York, New York
       June 27, 2012

                         Respectfully submitted,

                         MEISTER SEELIG & FEIN LLP

                         _____
                         Gary Adelman, Esq.
                         *Attorneys for ReDigi Inc.*
                         Two Grand Central Tower
                         140 East 45th Street, 19th Floor
                         New York, New York 10017
                         Telephone: (212) 655-3580
                         E-mail: gpa@msf-law.com