UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-12
```

CAPITOL RECORDS LLC,

                              Plaintiff,

        -v-

REDIGI INC.,

                              Defendant.

No. 12 Civ. 95 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

        The Court is in receipt of a letter dated July 27, 2012, from non-party Public Knowledge,

requesting leave to file a brief as amicus curiae in support of Defendant ReDigi to "highlight the

far-reaching effects of this case on the development of digital technology and the use of that

technology by the public." Public Knowledge asserts that "[t]his case represents a novel

question of digital ownership, and its outcome will have effects upon the general public and the

technological landscape well beyond its direct effects on the parties." Nevertheless, as the Court

stated in its February 1, 2012 Order denying Google Inc.'s request to file an *amicus curiae* brief,

"the parties are fully capable of raising these issues themselves – and have every incentive to do

just that." Public Knowledge has not convinced the Court otherwise. Accordingly, IT IS

HEREBY ORDERED THAT Public Knowledge's request is denied.

SO ORDERED.

Dated:        July 30, 2012
              New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE