Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAPITOL RECORDS, LLC,

                Plaintiff,

      -against-

REDIGI INC.,

                Defendants.
-----------------------------------------------------------X

Case Number: 12cv95
(RJS)

[~~PROPOSED~~] ORDER

RICHARD J. SULLIVAN, District Judge:

      Upon the receipt of the Declaration of Mitchell Schuster, Esq., dated September 28, 2012, submitted pursuant to Local Civil Rule 1.4 and the Consent to Change Attorney dated September 28, 2012, MEISTER SEELIG & FEIN LLP's motion to withdraw as counsel for defendant ReDigi Inc., is granted.

SO ORDERED.
DATED: Oct. 2, 2012
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE