```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-5-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CAPITOL RECORDS, LLC,

        Plaintiff,

-against-

REDIGI INC.,

        Defendant.

------------------------------------------------------------x

Civil Action File No.
12 Civ 0095 RJS/AJP

**PROPOSED ORDER**

### RICHARD J. SULLIVAN, District Judge:

        Upon the Stipulation to Change Attorneys dated April 20, 2012, Declaration pursuant to Rule 1.4 dated April 24, 2012, and letter application dated October 3, 2012, the motion of RAY BECKERMAN, P.C., RAY BECKERMAN, and MORLAN TY ROGERS to withdraw as counsel for defendant ReDigi, Inc., is granted.

So ordered:

Dated: October 5, 2012
       New York, New York

                                    RICHARD J. SULLIVAN, District Judge