UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS LLC,

                        Plaintiff,

          -v-

REDIGI INC.,

                        Defendant.



No. 12 Civ. 95 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

      The Court is in receipt of the parties' letter, dated April 12, 2013, outlining the next anticipated steps in this action. In that letter, (1) the parties request a referral to the Southern District's Mediation Program for an immediate conference, (2) Defendant requests an additional settlement conference prior to mediation, (3) Defendant states its intention to move for certification of the Court's March 30, 2013 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) and its intention to move for a stay pending that appeal, (4) the parties propose discovery deadlines, (5) Plaintiff states its likely intention to move to amend the Complaint and to join additional parties after the completion of additional discovery, and (6) the parties request that the Court schedule a post-discovery conference.

      Accordingly, IT IS HEREBY ORDERED THAT the parties are referred to the Southern District's Mediation Program for a conference to be held no later than May 31, 2013. Given that referral, Defendant's request for an additional settlement conference is DENIED as redundant. IT IS FURTHER ORDERED THAT the parties shall submit a joint, proposed case management plan incorporating the discovery deadlines proposed in their letter. A template is available at http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=347. The Court will schedule

a post-discovery conference in that Order. Finally, the Court will not presently address the parties' stated intentions to file motions as the parties have not filed any motions nor has the Court received any pre-motion letters pursuant to its Individual Rule of Practice 2.A.

SO ORDERED.

DATED:   April 30, 2013
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE