Sarah M. Matz, Esq.
DAVIS SHAPIRO & LEWIT, LLP
414 W 14th Street, 5th Floor
New York, New York 10014
Tel: (212) 230-5516
Email: smatz@davisshapiro.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CAPITOL RECORDS, LLC,   Case Number: 12cv95
                                                      (RJS)(AJP)
                Plaintiff,

                -against-

REDIGI INC.,   **NOTICE OF APPEARANCE**

                Defendant.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that DAVIS SHAPIRO & LEWIT, LLP hereby appears in the above-entitled action on behalf of Defendant REDIGI, INC., and demands that all notices and papers concerning this proceeding be served upon the undersigned at the address given below.

Dated: New York, New York
       June 14, 2013

DAVIS SHAPIRO & LEWIT, LLP

By:_____
   Sarah M. Matz, Esq.
414 W 14th Street, 5th Floor
New York, New York 10014
Tel: (212) 230-5516
Email: smatz@davisshapiro.com
*Attorneys for Defendant*