

Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

December 30, 2014

**Via Email**

Hon. Richard J. Sullivan
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>Capitol Records, LLC v. ReDigi Inc., 12 cv. 0095 (RJS)</u>

Dear Judge Sullivan:

    We represent Plaintiffs in the above-referenced action.  Further to my letter of December 19, 2014, Defendant ReDigi Inc. has now agreed to remove confidentiality designations for any excerpts of the Ossenmacher deposition included in Exhibit B to the Declaration of Richard S. Mandel, Esq. recently submitted by Capitol with respect to the pending res judicata issue before the Court.  Accordingly, we have today refiled via ECF another version of the Mandel Declaration, which includes a complete set of the deposition excerpts relied on by Capitol on the motion.  The full excerpts were previously included in the courtesy copy delivered by Capitol to the Court.

    Respectfully,

    Richard S. Mandel

cc:  Gary Adelman, Esq. (via email)
    Sarah Matz, Esq. (via email)
    James J. Pizzirusso, Esq. (via email)
    Nathaniel Giddings, Esq. (via email)
    Jonathan Z. King, Esq. (via email)

29503/003/1562935.1