UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS LLC,

                     Plaintiff,

      -v-

REDIGI INC., *et al.*,

                     Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-4-16

No. 12-cv-95 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      As stated at a conference before the Court earlier today, the parties have reached a settlement. Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). IT IS FURTHER ORDERED THAT within sixty days, Plaintiffs shall file a proposed final judgment.

      Within sixty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. Upon receipt of such a letter, this action will be restored. IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely. The Clerk of the Court is respectfully requested to close this case.

SO ORDERED.

DATED:     April 4, 2016
                 New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE