UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS LLC,

                    Plaintiff,

-v-

REDIGI INC., *et al.*,

                    Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4·28·16

No. 12-cv-95 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from the parties, dated April 28, 2016, requesting that the Court restore this action to the docket. (Doc. No. 220.) In light of this letter, the Court's April 4, 2016 Order (Doc. No. 211) is modified as follows. Although this case remains closed because of the parties' settlement, it is not dismissed with prejudice and without costs. Rather, IT IS HEREBY ORDERED THAT the parties shall submit a proposed stipulated final judgment subject to reservation of right to appeal and any contemplated motions regarding costs and fees by June 3, 2016. As stated in the Court's April 4, 2016 Order, any party may still send a letter by June 3, 2016 requesting to restore this action to the docket with an explanation for the request.

SO ORDERED.

DATED:    April 28, 2016
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE