

**COWAN
LIEBOWITZ
LATMAN**

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

December 17, 2018

**VIA ECF and EMAIL**

Hon. Richard J. Sullivan
United States Courthouse
40 Foley Square
New York, NY 10007

       Re:    <u>Capitol Records, LLC et al. v. ReDigi Inc. et al., 12 cv. 0095 (RJS)</u>

Dear Judge Sullivan:

       We represent Plaintiffs in the above-referenced action.  Presently pending before Your Honor is Plaintiffs' post-judgment motion for attorneys' fees (Docket No. 270).

       We write to bring to Your Honor's attention that last week, the Second Circuit affirmed the March 30, 2013 summary judgment order in this case in favor of Plaintiffs.  A copy of the decision is enclosed.  We respectfully submit that in view of the Second Circuit's affirmance, the motion for attorneys' fees is ripe for adjudication and should be granted for the reasons previously addressed in our motion.

                                 Respectfully,

                                   Richard S. Mandel

Encl.

cc:    All Parties Receiving Notice via ECF

29503/003/2194997.1