**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

N.Y.S.D. Case #
12-cv-0095(RJS)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12ᵗʰ day of December, two thousand and eighteen.

Before:     Jon O. Newman,
            Pierre N. Leval,
            Rosemary S. Pooler,
                *Circuit Judges,*

_____

Capitol Records, LLC, Capitol Christian Music Group, Inc., Virgin Records IR Holdings, Inc.,

    Plaintiffs - Appellees,

v.

Redigi Inc., John Ossenmacher, Larry Rudolph, AKA Lawrence S. Rogel,

    Defendants - Appellants.

_____



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 02 2019

**JUDGMENT**
Docket No. 16-2321

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was submitted on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

_____
*Judge William F. Kuntz, II, of the United States District Court for the Eastern District of New York, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/02/2019