UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAPITOL RECORDS, LLC, CAPITOL            :   12 Civ. 0095 (RJS)
CHRISTIAN MUSIC GROUP, INC. and
VIRGIN RECORDS IR HOLDINGS, INC.,        :

               Plaintiffs,      :   **NOTICE OF MOTION**

   -against-                                      :

REDIGI INC., JOHN OSSENMACHER and        :
LARRY RUDOLPH a/k/a LAWRENCE S.
ROGEL,                                   :

               Defendants.      :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Richard S. Mandel, Esq. and the exhibits thereto, Plaintiff's Memorandum of Law in Support of Motion for Attorneys' Fees and the pleadings and all prior proceedings had herein, Plaintiffs hereby move this Court, before the Honorable Richard J. Sullivan, at the United States Courthouse, 40 Foley Square, New York, New York 1007, pursuant to Fed. R. Civ. P. 54(d), 17 U.S.C. § 505 and the Court's order of February 21, 2019 (Docket No. 318), for an order granting Plaintiffs an award of attorneys' fees in the amount of $597,920.12. Oral argument, if any, will be on a date and at a time designated by the Court.

Dated: New York, New York          COWAN, LIEBOWITZ & LATMAN, P.C.
       March 14, 2019                    Attorneys for Plaintiffs

                                                  By: _____
                                                     Richard S. Mandel
                                             114 West 47th Street
                                             New York, New York 10036
                                             (212) 790-9200