UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS LLC, *et al.*,

                Plaintiffs,

    -v-

REDIGI INC., *et al.*,

                Defendants.



No. 12-cv-95 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Plaintiffs' renewed motion for attorneys' fees. (Doc. No. 319.) IT IS HEREBY ORDERED THAT Defendants shall file their response by April 12, 2019. IT IS FURTHER ORDERED THAT Plaintiffs shall file their reply, if any, by April 26, 2019.

SO ORDERED.

Dated:    March 14, 2019
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation