RECEIVED
SDNY PRO SE OFFICE
2019 APR 15 PM 1:07

Larry Rogel
115 Stedman St.
Brookline, MA 02446
April 12, 2019

Hon. Richard J. Sullivan, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, NY 10007

Re: Capital Records, LLC v. ReDigi Inc., et al., 12 cv. 0095 (RJS); Re: Plaintiffs' Motion for Attorneys' Fees

Dear Judge Sullivan:

I am writing to you on my own behalf, as an individual defendant in this case and one of the targets of the motion that has been filed by Plaintiffs for an award of attorneys' fees against me and my co-defendants ReDigi Inc. and John Ossenmacher. I am presenting this on my own account, without benefit of legal counsel. I am representing myself in regard to the Motion for Fees.

I join in the request for a stay on the Plaintiffs' fee motion as requested by co-defendant John Ossenmacher. Specifically, I respectfully request that the Court stay any further proceedings concerning, or rulings upon, Plaintiffs' Motion for Fees until such time as the ruling of the Second Circuit is final and beyond any further appeal.

Respectfully submitted.

*[signature]*

Larry Rogel, appearing pro se

cc: Richard S. Mandel, Esq., Cowan, Liebowitz & Latman, P.C.