UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS LLC, *et al.*,

                Plaintiffs,

    -v-

REDIGI INC., *et al.*,

               Defendants.



No. 12-cv-95 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Defendant Ossenmacher's request to stay Plaintiffs' motion for fees (Doc. No. 319), in light of Defendants' anticipated petition for a writ of certiorari to the United States Supreme Court (Doc. No. 324). Defendant Rogel joins in Ossenmacher's request. (Doc. No. 323.) Plaintiffs oppose this request. (Doc. No. 325.)

    Defendants' request to stay Plaintiffs' motion for fees is DENIED without prejudice to renewal in the event that the Supreme Court grants Defendants' petition for a writ of certiorari. Given that Plaintiffs' motion for fees is fully submitted, the Court will issue its decision in due course.

SO ORDERED.

Dated:    April 22, 2019
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation