

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Richard S. Mandel**
(212) 790-9291
rsm@cll.com

June 24, 2019

**VIA ECF and EMAIL**

Hon. Richard J. Sullivan
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Capitol Records, LLC et al. v. ReDigi Inc. et al., 12 cv. 0095 (RJS)

Dear Judge Sullivan:

    We represent Plaintiffs in the above-referenced action in which Plaintiffs' motion for attorneys' fees (Docket No. 319) is presently pending. Further to the prior submissions by Defendants Ossenmacher and Rogel referencing their petition to the Supreme Court for certiorari (Docket Nos. 324 and 325), and this Court's order of April 22, 2019 (Docket No. 326), we write to advise the Court that the Supreme Court today denied Defendants' petition for certiorari.

                                Respectfully,

                                Richard S. Mandel

Encl.

cc:    All Parties Receiving Notice via ECF
       Mr. John Ossenmacher (via mail)
       Mr. Larry Rogel (via mail)

29503/003/2974269.1