UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS LLC, *et al.*,

          Plaintiffs,

-v-

REDIGI INC., *et al.*,

          Defendants.

No. 12-cv-95 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the Plaintiffs' Proposed Supplemental Judgment for Attorneys' Fees, filed August 15, 2022, requesting a supplemental judgment in favor of Plaintiffs Capital Records, LLC and Capitol CMG, Inc. f/k/a Capital Christian Music Group, Inc.  IT IS HEREBY ORDERED that Plaintiffs shall submit a signed declaration attesting that Plaintiff Capitol Christian Music Group, Inc. has changed its name to Capitol CMG, Inc. and that Plaintiff Virgin Records IR Holdings, Inc. has been merged into Plaintiff Capitol Records, LLC.

SO ORDERED.

Dated:    August 16, 2022
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation