UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITOL RECORDS, LLC and CAPITOL CMG, INC.,

                    Plaintiffs,

-v-

REDIGI INC., JOHN OSSENMACHER and LARRY RUDOLPH a/k/a LAWRENCE S. ROGEL,

                    Defendants.

No. 12-cv-95 (RJS)

**REVISED JUDGMENT FOR ATTORNEYS' FEES**

WHEREAS, a final judgment was previously entered in this case on June 3, 2016 (Doc. No. 222); and

WHEREAS, on August 12, 2022, an Order of the Honorable Richard J. Sullivan, United States Circuit Judge, sitting by designation, was entered awarding Plaintiffs $514,355.38 in attorneys' fees (Doc. No. 330); and

WHEREAS, since the original final judgment in this case, Plaintiff Capitol Christian Music Group, Inc. has changed its name to Capitol CMG, Inc. and Plaintiff Virgin Records IR Holdings, Inc. has been merged into Plaintiff Capitol Records, LLC;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this revised judgment is hereby entered in favor of Plaintiffs Capitol Records, LLC and Capitol CMG, Inc. f/k/a Capitol Christian Music Group, Inc. and against Defendants ReDigi Inc., John Ossenmacher and Larry Rudolph a/k/a Lawrence S. Rogel, in the amount of $514,355.38.

The Clerk of the Court is respectfully directed to amend the caption as set forth above.

Dated: August 17, 2022
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation